**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**ANGY CAMPBELL**                                                                              **PLAINTIFF**

**VS.**                                                     **Civil Action No.1:08cv00141-LTS-RHW**

**USAA CASUALTY INSURANCE COMPANY;**
 **and JOHN DOES 1-10,**                                                                **DEFENDANTS**

<u>MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>
<u>BY NUTT & MCALISTER, PLLC</u>

COMES NOW the undersigned, on behalf of Nutt & McAlister, PLLC, pursuant to Local

Rule 83.1, and would show unto this Honorable Court the following:

1.      The law firm of Nutt & McAlister, PLLC ("Law Firm"), and its attorneys,

including David Nutt, Mary E. McAlister, Derek Wyatt, and David McCarty, were counsel of

record for the Plaintiff as a member of the Katrina Litigation Group, the venture group which

represents the Plaintiff.  The Law Firm ended its association with the Katrina Litigation Group in

April of 2008.

2.      The Plaintiff in the case at hand continues to be represented by the Katrina

Litigation Group, and so will not be prejudiced by the withdrawal of the Law Firm and its

attorneys.

3.      Pursuant to Local Rule 83.1(B)(3), the undersigned petitions this Court for

withdrawal of the Law Firm and its attorneys, and has submitted via electronic mail a proposed

order which would grant the withdrawal of the Law Firm.  Additionally, the undersigned will

provide the Plaintiff with a copy of this Motion, satisfying the notice requirement under L.R.

83.1.

4.     As this Motion is complete unto itself, the Law Firm respectfully requests that the Court waive the requirement to file a memorandum of law.

WHEREFORE, the undersigned requests this Honorable Court grant this Motion to Withdraw As Counsel of Record to the law firm of Nutt & McAlister, PLLC, and its attorneys.

Respectfully submitted this, the 1st day of May, 2008.

**ANGY CAMPBELL**

By:     *s/David Neil McCarty*
DAVID NEIL MCCARTY (MSB No. 101620)
Attorney for Plaintiff

**OF COUNSEL:**

Mary E. McAlister (MSB No. 2170)
Derek A. Wyatt (MSB No. 7413)
David Neil McCarty (MSB No. 101620)
Nutt & McAlister, P.L.L.C.
605 Crescent Boulevard, Suite 200
Ridgeland, Mississippi  39157
Telephone: (601) 898-7302
Facsimile: (601) 898-7304

Don John W. Barrett (MSB No. 2063)
Marshall H. Smith, Jr. (MSB No. 99239)
David Malcolm McMullan, Jr. (MSB No. 8494)
Barrett Law Offices
Post Office Box 987
Lexington, MS  39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

Dewitt M. Lovelace (MSB No. 1449)
Lovelace Law Firm, P.A.
36474 Emerald Coast Parkway, Suite 4202
Destin, FL  32541
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Zach Butterworth

Michael Hesse
Gary Yarborough, Jr.
Hesse & Butterworth, PLLC
841 Highway 90
Bay St. Louis, MS 39520
Telephone: (228) 466-0020
Facsimile: (228) 466-0550

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

John "Don" W. Barrett
dbarrett@barrettlawoffice.com          lmims@barrettlawoffice.com

*COUNSEL FOR **PLAINTIFFS***

Charles G. Copeland
gcopeland@cctb.com          chartzog@cctb.com

W. Shan Thompson
sthompson@cctb.com          jboone@cctb.com
ksampson@cctb.com

Dale G. Russell
drussell@cctb.com          jmulvihill@cctb.com
slancaster@cctb.com

Janet G. Arnold
JArnold@cctb.com          anichols@cctb.com
Shannan@cctb.com

Ellen P. Robb
erobb@cctb.com          slancaster@cctb.com

*COUNSEL FOR **UNITED SERVICES AUTOMOBILE ASSOCIATION***

Also delivered via U.S. mail to:

Angy Campbell
P.O. Box 1675
Ocean Springs, MS  39566

This the 1st day of May, 2008.

3

*s/David Neil McCarty*

DAVID NEIL MCCARTY (MSB No. 101620)
Attorney for Plaintiff